[No. 32953-7-I.    Division One.    February 27, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT EVERETT DREW, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 93-1-00947-6, John M. Darrah, J., entered June 3, 1993. *Affirmed* by unpublished per curiam opinion. Now published at 77 Wn. App. 339.

[No. 31379-7-I.    Division One.    February 27, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM ANTHONY SHUMARD, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 91-1-04175-6, Richard M. Ishikawa, J., entered August 27, 1992. *Affirmed* by unpublished opinion per Baker, A.C.J., concurred in by Agid and Becker, JJ.

[No. 17832-0-II.    Division Two.    February 27, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. CHRIS ALAN LINDHOLM, *Appellant*.

Appeal from a judgment of the Superior Court for Clallam County, No. 93-1-00071-4, Kenneth D. Williams, J., entered December 17, 1995. *Affirmed in part, reversed in part*, and *remanded* by unpublished per curiam opinion.

[No. 17616-5-II.    Division Two.    February 27, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN CHARLES ENGELHARDT, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 93-1-00169-0, Robert L. Harris, J., entered September 23, 1993. *Reversed* and *remanded* by unpublished per curiam opinion.